AO 91 (Rev. 02/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

DOA
10-11-17

| United States of America | ) | |
| v. | ) | Case No.   17-8424 MJ |
| Ramon Alonso Herrera-Fernandez, | ) | |
| a.k.a.: Alonso Herrera, | ) | |
| A205 410 552 | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 11, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Ramon Alonso Herrera-Fernandez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Nogales, Arizona, on or about August 31, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY:  Charles E. Bailey Jr., for AUSA Natalie Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*

Albert A. Martinez
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  October 12, 2017

*Judge's signature*

John Z. Boyle
United States Magistrate Judge
*Printed name and title*

City and state:  Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Albert A. Martinez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 11, 2017, Border Patrol Agent J. Mills Jr. encountered an individual near Phoenix, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Ramon Alonso Herrera-Fernandez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Herrera-Fernandez was transported to the Casa Grande Border Patrol Station for further processing. Herrera-Fernandez was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Ramon Alonso Herrera-Fernandez to be a citizen of Mexico and a previously deported criminal alien. Herrera-Fernandez was removed from the United States to Mexico, at or near Nogales, Arizona, on or about August 31, 2012, pursuant to a removal order issued by an immigration judge. There is no record of Ramon Alonso Herrera-Fernandez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Herrera-

1

Fernandez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Ramon Alonso Herrera-Fernandez was convicted of Attempted Aggravated Assault, a felony offense, on July 9, 2012, in the Superior Court of Arizona, Maricopa County. Herrera-Fernandez was sentenced to one (1) year of probation. Herrera-Fernandez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 11, 2017, Ramon Alonso Herrera-Fernandez was advised of his constitutional rights. Herrera-Fernandez freely and willingly acknowledged his rights and did not agree to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 11, 2017, Ramon Alonso Herrera-Fernandez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

///

///

///

States at or near Nogales, Arizona, on or about August 31, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Albert A. Martinez
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 12th day of October, 2017.

_____
John Z. Boyle
United States Magistrate Judge

3